NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE PIECZENIK,**
*Plaintiff-Appellant,*

v.

**BAYER CORPORATION, BAYER CROPSCIENCE (NEW JERSEY) INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER HEALTHCARE, LLC, BAYER MATERIALSCIENCE LLC, BAYER PHARMA CHEMICALS INC., AND SCHERING BERLIN INC., .**
*Defendants-Appellees,*

AND

**ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, AVENTIS INC., AVENTIS PHARMACEUTICALS INC., BOEHRINGER INGELHEIM VETMEDICA, INC., BOEHRINGER INGELHEIMROXANE, INC., MEDIMMUNE LLC, NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICAL CORPORATION, NOVARTIS VACCINES AND DIAGNOSTICS, INC., SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SIEMENS CORPORATION, SIEMENS DIAGNOSTICS FINANCE CO. LLC, SIEMENS HEALTHCARE DIAGNOSTICS INC., AND SIEMENS MEDICAL SOLUTIONS USA, INC.,**
*Defendants-Appellees,*

AND

**ABBOTT LABORATORIES, ABBOTT
LABORATORIES, INC., AND SOLVAY
PHARMACEUTICALS, INC.,**
*Defendants-Appellees,*

AND

**ALLERGAN USA, INC., CORNING
INCORPORATED, GILEAD SCIENCES, INC.,
HOWARD HUGHES MEDICAL INSTITUTE,
AND QIAGEN INCORPORATED,**
*Defendants-Appellees,*

AND

**AMGEN USA, INC. AND AMGEN, INC.,**
*Defendants-Appellees,*

AND

**ANTYRA, INC.,**
*Defendant-Appellee,*

AND

**BAXTER DIAGNOSTICS INC., MONSANTO AG
PRODUCTS LLC, MONSANTO COMPANY, ONYX
PHARMACEUTICALS, INC., ZYMOGENETICS,
INC., AND ZYMOGENETICS, LLC,**
*Defendants-Appellees,*

AND

**BIOGEN IDEC INC., BIOGEN IDEC U.S.
CORPORATION, AND MEDAREX, INC.**
*Defendants-Appellees,*

AND

**BRACCO DIAGNOSTICS INC.,**
*Defendant-Appellee,*

AND

**CENTOCOR ORTHO BIOTECH PRODUCTS, L.P.,
CENTOCOR ORTHO BIOTECH SERVICES,
CENTOCOR ORTHO BIOTECH, INC.,
JOHNSON & JOHNSON, ORTHO-MCNEIL
JANSSEN SCIENTIFIC AFFAIRS, LLC,
ORTHO-MCNEIL PHARMACEUTICAL, INC.,** AND
**ORTHO-MCNEIL, INC.,**
*Defendants-Appellees,*

AND

**DYAX CORPORATION, FOREST LABORATORIES,
INC., GENZYME CORPORATION,
GLAXOSMITHKLINE LLC,**
AND **PERKINELMER HEALTH SCIENCES, INC.,**
*Defendants-Appellees,*

AND

**E.I. DUPONT DE NEMOURS & COMPANY,**
*Defendant-Appellee,*

AND

**GE HEALTHCARE BIOSCIENCES BIOPROCESS
CORP., GE HEALTHCARE INC.,
GE HEALTHCARE STRATEGIC SOURCING
CORPORATION,** AND **GE HEALTHCARE
BIOSCIENCES CORP.,**
*Defendants-Appellees,*

AND

**INTERNATIONAL BUSINESS MACHINES CORP.,**
*Defendant-Appellee,*

AND

**INVITROGEN CORPORATION,**
*Defendant-Appellee,*

AND

## NOVO NORDISK INC.,
*Defendant-Appellee,*

AND

## SOLVAY CHEMICALS, INC.,
*Defendant-Appellee,*

AND

## THE DOW AGROSCIENCES LLC, THE DOW CHEMICAL COMPANY (DELAWARE), AND THE DOW CORNING CORPORATION,
*Defendants-Appellees,*

AND

## BAYER PHARMACEUTICALS CORPORATION, DIVERSA CHEMICIAL TECHNOLOGIES (NJ), INC., AND JOHN DOES 1 THROUGH 61,
*Defendants.*

---

2011-1385

---

Appeal from the United States District Court for the District of New Jersey in case no. 10-CV-2230, Judge Joel A. Pisano.

---

## ON MOTION

---

## ORDER

Upon consideration of George Pieczenik's unopposed motion to dismiss Syngenta Crop Protection, Inc. et al. from this appeal,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

**JUL 1 1 2011**
_____                          /s/ Jan Horbaly
Date                                     Jan Horbaly
                                         Clerk

cc:  George Pieczenik
     Chad. J. Peterman, Esq.
     Liza M. Walsh, Esq.
     Sheila F. McShane, Esq.
     Jane E. Keene, Esq.
     Susan Haberman Griffen, Esq.
     Robert L. Baechtold, Esq.
     Kenneth Howard Sonnenfeld, Esq.
     Robert J. Koch, Esq.
     Donald R. Ware, Esq.
     Mark A. Pals, Esq.
     Alexander J. Anglim, Esq.
     Lisa A. Schneider, Esq.
     Christopher J. Harnett, Esq.
     Thomas F. Fleming, Esq.
     Matthew M. Wolf, Esq.
     Robert J. Schoenberg, Esq.
     Matthew Daniel Murphey, Esq.
     William F. Lee, Esq.
     Timothy G. Barber, Esq.
     David Keith Barr, Esq.
     David E. De Lorenzi, Esq.
     Paul J. Andre, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 2 2011

JAN HORBALY
CLERK

Joseph A. Mahoney, Esq.
Heather D. Redmond, Esq.
Robert M. Isackson, Esq.

s19